PHILLIPS v. PHILLIPS

No. 245P91

Case below: 102 N.C.App. 582

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 14 August 1991.

POPE v. POPE

No. 312P91

Case below: 103 N.C.App. 173

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 14 August 1991.

PRICE v. WALKER

No. 221P91

Case below: 102 N.C.App. 352

Petition by plaintiffs (Russell and Judy Price) for discretionary review pursuant to G.S. 7A-31 denied 14 August 1991.

REED v. ABRAHAMSON

No. 230PA91

Case below: 102 N.C.App. 318

Petition by defendants (Abrahamsons) for discretionary review pursuant to G.S. 7A-31 allowed 14 August 1991. Petition by defendants (Karen Barwick and Robert Leonard Barwick, Sr.) for discretionary review pursuant to G.S. 7A-31 allowed 14 August 1991.

STATE v. BARLOW

No. 146P91

Case below: 102 N.C.App. 71

Petition by Attorney General for writ of supersedeas and temporary stay denied 3 July 1991. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues denied 3 July 1991.